**Martin L. MAY, Plaintiff-Appellant,**

v.

**RHA, Attn: John White-Chief Ethics Compliance Ofcr., Defendant-Appellee.**

**No. 16-1870**

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2017·

Decided: April 18, 2017

Martin L. May, Appellant Pro Se. Randall D. Avram, Jennifer Rasile Everitt, KILPATRICK TOWNSEND & STOCKTON, LLP, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin L. May appeals the district court's order accepting the recommendation of the magistrate judge and dismissing May's employment discrimination action as time-barred. We have reviewed the record and find no reversible error. Accordingly, we grant May's application to proceed in forma pauperis and affirm for the reasons stated by the district court. May v. RHA, No. 1:15-cv-00291-MR-DLH, 2016 WL 4059203 (W.D.N.C. July 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED